100 P.3d 970

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Odeh v. Odeh . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25702      11/22/2004    Affirmed

Kemeny v. Kemeny . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25830      11/22/2004    Affirmed